IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEYENNE DEVELOPMENT PHASE I, ET AL., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 96-755C (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's December 20, 2007 order, the parties report that United States Supreme Court review of Cienega Gardens and Chancellor Manor has been sought. In addition, the parties have engaged in settlement negotiations, and a settlement proposal is currently under consideration within the Department of Justice.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

JEFF H. ECKLAND, ESQ.
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Attorney for Plaintiffs

March 4, 2008

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

March 3, 2008

CERTIFICATE OF FILING

I hereby certify that on March 4, 2008, a copy of foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeff H. Eckland