# In the United States Court of Federal Claims

No. 96-755 C
(Filed: March 5, 2008)

***********************************
SHEYENNE DEVELOPMENT, et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On March 4, 2008, the parties filed a joint status report in which they indicate that United States Supreme Court review of Chancellor Manor, et al. v. United States and Cienega Gardens, et al. v. United States has been sought. See 503 F.3d 1266 (Fed. Cir. 2007), petition for cert. filed, Nos. 07-1100, 07-1101 (U.S. Feb. 22, 2008). The parties represent that they have engaged in settlement negotiations and that a settlement proposal is currently under consideration with the United States Department of Justice.

In its December 20, 2007 Order, the court directed the parties to file a joint status report every sixty (60) days "until a final decision is made as to whether further review of Chancellor Manor and Cienega Gardens would be sought." **Accordingly, the parties shall continue to file a joint status report every sixty (60) days, apprising the court of the status of settlement negotiations and the appeals before the United States Supreme Court. The parties shall file their next joint status report no later than Monday, May 5, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge