IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEYENNE DEVELOPMENT PHASE I, ET AL., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 96-755C (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's December 20, 2007 order, the parties report that plaintiffs have made an offer in compromise, which has been accepted by an authorized representative of the Attorney General. The parties are currently engaged in completing the settlement process that is required before the parties can stipulate to dismissal of this action.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

JEFF H. ECKLAND, ESQ.
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Attorney for Plaintiffs

May 5, 2008

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

May 2, 2008

CERTIFICATE OF FILING

I hereby certify that on 5 May , 2008, a copy of foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeff H. Eckland