IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEYENNE DEVELOPMENT PHASE I, ET AL., Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 96-755C (Judge Sweeney) |

JOINT STATUS REPORT

Pursuant to the Court's December 20, 2007 order, the parties report that they have signed a settlement agreement, and will file a stipulation to dismissal of this action upon satisfaction of the terms of that agreement.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
by s/Franklin E. White, Jr.
BRIAN M. SIMKIN
Assistant Director

JEFF H. ECKLAND, ESQ.
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Attorney for Plaintiffs

July 7, 2008

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

July 7, 2008

CERTIFICATE OF FILING

I hereby certify that on July 7, 2008, a copy of foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.