IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEYENNE DEVELOPMENT PHASE I, ET AL., Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 96-755C (Judge Sweeney) |

PARTIES' STIPULATION TO VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties respectfully stipulate to the dismissal of this action, with prejudice, and with both parties to bear their own fees, expenses, and costs.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

JEFF H. ECKLAND, ESQ.
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Attorney for Plaintiffs

August 8, 2008

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

August 1, 2008

CERTIFICATE OF FILING

I hereby certify that on August 8 , 2008, a copy of foregoing Parties' Stipulation To Voluntary Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeff H. Eckland